BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00122-EFB |
| Plaintiff, | ORDER VACATING BENCH TRIAL AND SETTING STATUS CONFERENCE |
| v. | |
| ROSA M. JAIMES, | Date:    July 10, 2012<br>Time:    10:00 a.m.<br>Judge:   Hon. Edmund F. Brennan |
| Defendant. | |

It is hereby ordered that the bench trial set for July 10, 2012, is vacated and a status conference is set for August 10, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 9, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE