```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BARBARA G. BORKOWSKI
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-MJ-00122-EFB |
| ) | |
| Plaintiff, ) | ORDER DISMISSING WITHOUT |
| ) | PREJUDICE COUNT ONE AND COUNT TWO |
| v. ) | |
| ) | Date:    March 4, 2013 |
| ROSA M. JAIMES ) | Time:    10:00 a.m. |
| ) | Judge:   Hon. Edmund F. Brennan |
| ) | |
| Defendant. ) | |

It is hereby ordered that Count One and Count Two of the information in case number 2:12-MJ-00122, are dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 25, 2013

*/s/ Edmund F. Brennan/*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE